ELIZABETH F. VILKOMERSON, Appellant, *v.* TRI-STATE INVESTORS CORPORATION et al., Respondents.

Submitted January 21, 1938; decided March 8, 1938.

*Robert H. Elder, Otho S. Bowling* and *Elizabeth F. Vilkomerson* (in person) for appellant.

*Albert Adams, Samuel Meyers* and *Morris Meyers* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN and HUBBS, JJ.